1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

EDWARD DELOACH,

Case No.:  25cv2013-JES (AHG)

12

Petitioner,

13

v.

**ORDER DISMISSING CASE
WITHOUT PREJUDICE**

14

WARDEN,

15

Respondent.

16
17

Petitioner, a federal prisoner proceeding pro se, has filed a Petition for a Writ of

18

Habeas Corpus pursuant to 28 U.S.C. § 2241, but has failed to pay the $5.00 filing fee or

19

submit a request to proceed in forma pauperis. ECF No. 1.

20

Because this Court cannot proceed until Petitioner has either paid the $5.00 filing

21

fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without

22

prejudice.  To have this case reopened, Petitioner must submit, **no later than October 13,**

23

**2025,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay

24

the fee.

25

//

26

//

27

//

28

//

1

1   The Clerk of Court will send a blank Southern District of California In Forma Pauperis

2   application to Petitioner along with a copy of this Order.

3          **IT IS SO ORDERED.**

4   Dated: August 13, 2025

5

6                                                    Honorable James E. Simmons Jr.

7                                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28